THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOHN E. ADAMS
ADC # 86010, et al.                                                                                    PLAINTIFFS

V.                        CASE NO. 4:09CV00291 BSM/BD

SHARON MCGLOTHIN, *et al.*                                                               DEFENDANTS

### ORDER

The court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Partial Recommended Disposition, as well as a *de novo* review of the record, the court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this court's findings in all respects in its entirety.

Issac Hudson is hereby dismissed without prejudice as a party plaintiff to this action.

IT IS SO ORDERED this 26th day of May, 2009.

_____
UNITED STATES DISTRICT JUDGE